B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**DiMeo, Bernard G** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**DiMeo, Laura** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8733** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4004** |
| Street Address of Debtor (No. and Street, City, and State):<br>**2008 Hollywood Ct**<br>**Wilmette, IL**<br><div align=right>ZIP Code **60091-3126**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2008 Hollywood Ct**<br>**Wilmette, IL**<br><div align=right>ZIP Code **60091-3126**</div> |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br><div align=right>ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **DiMeo, Bernard G**<br>**DiMeo, Laura** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b></td><td><b>Exhibit B</b></td></tr>
<tr><td>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td><td>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)      (Date)</td></tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **DiMeo, Bernard G**<br>**DiMeo, Laura** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Bernard G DiMeo**
Signature of Debtor  **Bernard G DiMeo**

X **/s/ Laura DiMeo**
Signature of Joint Debtor **Laura DiMeo**

Telephone Number (If not represented by attorney)

**June 14, 2010**
Date

**Signature of Attorney***

X **/s/ David R. Brown**
Signature of Attorney for Debtor(s)

**David R. Brown 3122323**
Printed Name of Attorney for Debtor(s)

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**

Address

**630-510-0000  Fax: 630-510-0004**
Telephone Number

**June 14, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Bernard G DiMeo**
    **Laura DiMeo**

Case No. _____

Debtor(s)

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Bernard G DiMeo**
                               **Bernard G DiMeo**

Date:    **June 14, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Bernard G DiMeo**
**Laura DiMeo**
_____
Debtor(s)

Case No. _____
Chapter **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Laura DiMeo**
                             **Laura DiMeo**

Date:  **June 14, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Bernard G DiMeo,**
**Laura DiMeo**

Case No. _____

Debtors ,

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,010,000.00 | | |
| B - Personal Property | Yes | 4 | 125,808.57 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,101,051.42 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 22 | | 3,466,502.84 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 8 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 14,028.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 13,179.00 |
| Total Number of Sheets of ALL Schedules | | 43 | | | |
| | | Total Assets | 1,135,808.57 | | |
| | | | Total Liabilities | 4,567,554.26 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Bernard G DiMeo,**
**Laura DiMeo**

Case No. _____

_____,

Debtors

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re  **Bernard G DiMeo,**                                                Case No. _____
       **Laura DiMeo**
_____,
                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2008 Hollywood Ct**<br>**Wilmette, IL  60091-3126** | **Fee simple** | **H** | **660,000.00** | **731,966.73** |
| **1017 Washington Blvd**<br>**Chicago, IL  60607 (Condo plus one parking space -**<br>**separately deeded)**<br>**Title is held in Dimeo Management Group, Inc.,**<br>**which is 100% owned by Debtor** | **Fee simple** | **-** | **350,000.00** | **301,958.00** |

|  | Sub-Total > | **1,010,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **1,010,000.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re  **Bernard G DiMeo,**                                                                Case No. _____
       **Laura DiMeo**

                                                                    ,
                                     Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand** | - | **500.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking acct no. xxxxx4354 JP Morgan Chase 1200 Central Avenue Wilmette, IL 60091-2685** | J | **7,500.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods** | - | **5,000.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **sports memorabilia (seat from Comiskey Park, autographed stuff, etc.)** | - | **2,000.00** |
| 6.  Wearing apparel. | | **Wearing Apparel** | - | **3,000.00** |
| 7.  Furs and jewelry. | | **Jewelry** | - | **3,000.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **ING Term policy no. xxxxx5702. $1,000,000 term policy on Laura Dimeo. Beneficiary is Bernad G. Dimeo.** | W | **0.00** |
| | | **John Hancock Whole policy no. xxxxx837. Death benefit of $500,000. Beneficiary is Bernard G. Dimeo Trust.** | H | **0.00** |
| | | **Prudential Term policy no. xxxxx429. Term policy for $2,500,000. No cash value. Beneficiary is wife.** | H | **0.00** |

Sub-Total >          **21,000.00**
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Bernard G DiMeo,**
       **Laura DiMeo**

Case No. _____

_____,
                      Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k) Acct no. xxxxx232 DWS Investments Deutsche Bank Group PO Box 219154 Kansas City, MO  64121-9154** | H | 76,433.57 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **DK Productions 2008 Hollywood Ct Wilmette, IL  60091-3126 (defunct)** | H | 0.00 |
| | | **Bernie DiMeo Communications, Inc. 2008 Hollywood Ct Wilmette, IL  60091-3126 (new marketing company)** | H | Unknown |
| | | **DiMeo Management Group, Inc. 1001 W WASHINGTON BLVD CHICAGO IL  60607-2102 owns Washington Blvd. Condo** | H | 0.00 |
| | | **DiMeo & Co. 159 N Racine Ave 2nd Floor Chicago, IL  60607 (former advertising company - now defunct)** | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

Sub-Total >       76,433.57
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Bernard G DiMeo,**                                    Case No. _____
         **Laura DiMeo**

                                    _____,
                                                    Debtors
                        # SCHEDULE B - PERSONAL PROPERTY
                                    (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Saturn Outlook** | **J** | **18,400.00** |
| | | **2007 S-40 Volvo (surrendered to creditor)** | **-** | **9,975.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

                                                    Sub-Total >              **28,375.00**
                                                    (Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Bernard G DiMeo,**
          **Laura DiMeo**

Case No. _____

_____,
                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | Dog | | J | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 125,808.57 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6C (Official Form 6C) (4/10)

In re **Bernard G DiMeo,**
**Laura DiMeo**

_____,
Debtors

Case No. _____

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
*with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking acct no. xxxxx4354** | **735 ILCS 5/12-1001(b)** | **7,500.00** | **7,500.00** |
| **JP Morgan Chase** | | | |
| **1200 Central Avenue** | | | |
| **Wilmette, IL 60091-2685** | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401(k) Acct no. xxxxx232** | **735 ILCS 5/12-704** | **100%** | **76,433.57** |
| **DWS Investments** | | | |
| **Deutsche Bank Group** | | | |
| **PO Box 219154** | | | |
| **Kansas City, MO 64121-9154** | | | |

| | Total: | **83,933.57** | **83,933.57** |
|---|---|---|---|

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

**B6D (Official Form 6D) (12/07)**

In re  **Bernard G DiMeo,**
       **Laura DiMeo,**

                               Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | J | assn. assessments 1017 Washington Blvd Chicago, IL 60607 (Condo plus one parking space - separately deeded) Title is held in Dimeo Management Group, Inc., which is 100% owned by Debtor | | | | | |
| **Acorn Loftominiums 1017 W. Washington Chicago, IL 60607** | | | Value $           **350,000.00** | | | | 3,295.00 | 0.00 |
| Account No. xxxx xxxx xx0699 | | J | Second Mortgage 2008 Hollywood Ct Wilmette, IL 60091-3126 | | | | | |
| **Bank of America, N.A. PO Box 21848 Greensboro, NC 27420-1848** | | | Value $           **660,000.00** | | | | 158,047.84 | 71,966.73 |
| Account No. xxxxxx443-1 | X | - | First Mortgage 2008 Hollywood Ct Wilmette, IL 60091-3126 | | | | | |
| **CitiMortgage P.O. 183040 Columbus, OH 43218-3040** | | | Value $           **660,000.00** | | | | 568,228.84 | 0.00 |
| Account No. xx-xx-xxx-xxx-1019 | X | H | Taxes (1001 W Washington Blvd-DiMeo Management) | X | | | | |
| **Cook County Treasurer PO Box 4468 Carol Stream, IL 60197-4468** | | | Value $           **0.00** | | | | 230.69 | 230.69 |

  **1**  continuation sheets attached

Subtotal
(Total of this page)

729,802.37      72,197.42

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Bernard G DiMeo,**
    **Laura DiMeo**
_____,
                    Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer**<br>**PO Box 4468**<br>**Carol Stream, IL 60197-4468** | | H | Real-Estate Taxes<br><br>**2008 Hollywood Ct**<br>**Wilmette, IL 60091-3126**<br><br>Value $   **660,000.00** | | | | **5,690.05** | **0.00** |
| Account No. **xxxx8087**<br><br>**First Commercial Bank**<br>**6945 N. Clark Street**<br>**Chicago, IL 60626** | X | H | first mortgage<br>**1017 Washington Blvd**<br>**Chicago, IL 60607 (Condo plus one parking space - separately deeded)**<br>**Title is held in Dimeo Management Group, Inc., which is 100% owned by Debtor**<br>Value $   **350,000.00** | | | | **298,663.00** | **0.00** |
| Account No. **xxx-xxxx-x1758**<br><br>**G M A C**<br>**PO Box 51014**<br>**Carol Stream, IL 60125-1014** | | H | Automobile Lease<br><br>**2008 Saturn Outlook**<br><br>Value $   **18,400.00** | | | | **40,500.00** | **22,100.00** |
| Account No. **xxxxx9933**<br><br>**M & I Dealer Finance, Inc.**<br>**PO Box 3265**<br>**Milwaukee, WI 53201-3265** | | H | Automobile Lease<br><br>**2007 S-40 Volvo (surrendered to creditor)**<br><br>Value $   **9,975.00** | | | | **26,396.00** | **16,421.00** |
| Account No. | | | <br><br><br><br>Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 371,249.05 | 38,521.00 |
| Total<br>(Report on Summary of Schedules) | 1,101,051.42 | 110,718.42 |

B6E (Official Form 6E) (4/10)

.

In re **Bernard G DiMeo,**
     **Laura DiMeo**
                                               ,
                      **Debtors**

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>    0    </u> continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07)

In re   **Bernard G DiMeo,**                                   Case No. _____
          **Laura DiMeo,**
_____,
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxx/2454**<br><br>**ABC 7 Chicago**<br>**WLS Television Inc.**<br>**13213 Collections Center Drive**<br>**Chicago, IL 60693** | X | H | | | 9/10/09<br>DiMeo & Co. | | | | 7,520.00 |
| Account No. **xxxxxx7412**<br><br>**Access One, Inc.**<br>**PO Box 5997**<br>**Dept 20-7021**<br>**Carol Stream, IL 60197-5997** | X | H | | | Trade Debt (DiMeo & Company) | X | | | 19,942.00 |
| Account No. **xx-6E-CU**<br><br>**Acorn Loftominium Condo Assoc**<br>**c/o Sudler - 41**<br>**1017 West Washington**<br>**Chicago, IL 60607** | | H | | | Association Fees | | | | 3,220.42 |
| Account No.<br><br>**Ads Up Outdoor**<br>**1608 W. Nelson**<br>**Chicago, IL 60657** | X | H | | | business debt | X | | X | 3,500.00 |
| | | | | | Subtotal<br>(Total of this page) | | | | 34,182.42 |

__21__ continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
S/N:33434-100407   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bernard G DiMeo,**
      **Laura DiMeo**                                      Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxxx-xxxxx-xxxx-4616**<br><br>**Advanta Bank Corp<br>PO Box 8088<br>Philadelphia, PA 19101-8088** | X | H | | | Trade Debt (DK Productions, Inc) | X | | | 19,182.00 |
| Account No. **xxxx-xxxxxxx-9003**<br><br>**Albany Bank & Trust<br>3400 W. Lawrence Ave.<br>Chicago, IL 60625** | | H | | | business debt | X | | X | 8,121.00 |
| Account No. **xxxx-0501**<br><br>**Albany Bank & Trust<br>3400 W. Lawrence Ave.<br>Chicago, IL 60625** | | H | | | loan to Dimeo & Co. | X | | | 84,099.00 |
| Account No. **xxxx-0501**<br><br>**Albany Bank & Trust<br>3400 W. Lawrence Ave.<br>Chicago, IL 60625** | | H | | | loan to Dimeo & Co. | X | | | 158,122.98 |
| Account No.<br><br>**Alphagraphics<br>1017 W Washington Blvd<br>Chicago, IL 60607** | X | H | | | Trade Debt (DiMeo & Company) | X | | | 436.41 |

Sheet no. __1__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**269,961.39**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bernard G DiMeo,**                                                    Case No. _____
         **Laura DiMeo**
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxxxx-x1007** | | | Purchases on Account | | | | |
| **American Express Box 0001 Los Angeles, CA 90096-8000** | | H | | | | | 150.00 |
| Account No. | | | business debt | | | | |
| **Apex Courier, Ltd. PO Box 617844 Chicago, IL 60661** | X | H | | X | | X | 100.88 |
| Account No. **x6860** | | | Trade Debt (DiMeo & Company) | | | | |
| **Arbitron Inc 9705 Patuxent Woods Drive Columbia, MD 21046-1572** | X | H | | X | | | 1,747.50 |
| Account No. **xxxxx9027** | | | Cell Phone (XOPRECIOUS INC) | | | | |
| **AT & T Mobility P.O. Box 6463 Carol Stream, IL 60197-6463** | | - | | | | | 101.25 |
| Account No. **xxx xxx-xxxx 090 9** | | | Trade Debt (DiMeo & Company) | | | | |
| **AT&T PO Box 8100 Aurora, IL 60507-8100** | X | H | | X | | | 212.40 |

Sheet no. __2___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,312.03

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bernard G DiMeo,**
        **Laura DiMeo**
                                                         , Case No. _____

                                           Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-6424** | | | | Purchases on Account | | | | |
| **Bank of America** **PO Box 851001** **Dallas, TX 75285-1001** | | H | | | | | | 16,843.26 |
| Account No. **xxxx-xxxx-xxxx-4330** | | | | Trade Debt (DiMeo & Company) | | | | |
| **Bank of America** **Platinum Plus Business** **PO Box 15710** **Wilmington, DE 19886-5710** | X | H | | | X | | | 1,107.81 |
| Account No. **xxxx-xxxx-xxxx-4231** | | | | Trade Debt (DiMeo & Company) | | | | |
| **Bank of America** **Platinum Plus Business** **PO Box 15710** **Wilmington, DE 19886-5710** | X | H | | | X | | | 1,716.20 |
| Account No. **xxxx-xxxx-xxxx-1624** | | | | Trade Debt (DiMeo & Company) | | | | |
| **Bank of America** **Platinum Plus Business** **PO Box 15710** **Wilmington, DE 19886-5710** | X | H | | | X | | | 5,636.14 |
| Account No. **xxxx-xxxx-xxxx-2567** | | | | Trade Debt (DiMeo & Company) | | | | |
| **Bank of America** **Platinum Visa Business** **PO Box 15710** **Wilmington, DE 19886-5710** | X | H | | | X | | | 8,417.39 |

Sheet no. __3__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,720.80

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bernard G DiMeo,**
      **Laura DiMeo**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx xx 8716** | | | Purchases on Account | | | | |
| **Bank of America** **PO Box 15646** **Wilmington, DE 19850-5646** | | H | | | | | **Unknown** |
| Account No. **xxxx xxxx xxxx 4223** | | | business credit card | | | | |
| **Bank of America** **Platinum Plus Business** **PO Box 15710** **Wilmington, DE 19886-5710** | | H | | | | | 2,136.16 |
| Account No. | | | business debt | | | | |
| **Bonus Building Care** **1880 W. Fullerton** **Bldg. A** **Chicago, IL 60614** | X | H | | X | | X | 305.56 |
| Account No. | | | business debt | | | | |
| **Bosco Productions** **160 E Grand Ave** **6th Floor** **Chicago, IL 60611** | X | H | | X | | X | 9,450.00 |
| Account No. | | | business debt | | | | |
| **Burrellesluce** **75 E Northfield Road** **Livingston, NJ 07039** | X | H | | X | | X | 526.00 |

Sheet no. __4__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,417.72**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Bernard G DiMeo,**
  **Laura DiMeo**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | business debt | | | | |
| Cadillac Brothers 1740 N Maplewood #301 Chicago, IL 60647 | X | H | | | X | | X | 23,020.00 |
| Account No. xxxx-xxxx-xxxx-5422 | | | | Purchases on Account | | | | |
| Capital One Mastercard Platinum PO Box 6492 Carol Stream, IL 60197-6492 | | H | | | | | | 4,546.32 |
| Account No. xxxx-xxxx-xxxx-7791 | | | | Trade Debt (DiMeo & Company) | | | | |
| Capital One Visa Business Card PO Box 6492 Carol Stream, IL 60197-6492 | X | H | | | X | | | 4,781.18 |
| Account No. xxxx-xxxx-xxxx-2698 | | | | Trade Debt (DK Productions, Inc) | | | | |
| Capital One Visa Business Card PO Box 6492 Carol Stream, IL 60197-6492 | X | H | | | X | | | 19,666.53 |
| Account No. xxxx-xxxx-xxxx-4135 | | | | Trade Debt (DiMeo Management Group) | | | | |
| Capital One Visa Business Card PO Box 6492 Carol Stream, IL 60197-6492 | X | H | | | X | | | 3,305.21 |

Sheet no. __5__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

55,319.24

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bernard G DiMeo,**  
       **Laura DiMeo**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxx8182** | | | | business advances | | | | |
| **Capital One** **PO Box 30273** **Salt Lake City, UT 84130-0273** | X | H | | | | | | 16,508.00 |
| Account No. | | | | advertising | | | | |
| **CBS Outdoor** | | H | | | X | | X | 245,225.00 |
| Account No. **xxxx-xxxx-xxxx-5086** | | | | Purchases on Account | | | | |
| **Chase** **Cardmember Services** **PO Box 15153** **Wilmington, DE 19886-5153** | | H | | | | | | 8,536.71 |
| Account No. **xxxx-xxxx-xxxx-1322** | | | | Purchases on Account | | | | |
| **Chase** **Cardmember Services** **PO Box 15153** **Wilmington, DE 19886-5153** | | H | | | | | | 228.37 |
| Account No. **xxxx xxxx xxxx 2961** | | | | credit card | | | | |
| **Chase** **P.O. Box 15651** **Wilmington, DE 19886-5651** | | H | | | | | | 6,386.00 |

Sheet no. __6__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)

**276,884.08**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Bernard G DiMeo,**
      **Laura DiMeo**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-4443** | | | | | Purchases on Account | | | | |
| **Chase Amazon.com** **Cardmember Services** **PO Box 15153** **Wilmington, DE 19886-5153** | | H | | | | | | | 255.77 |
| Account No. **xxxx-xxxx-xxxx-2245** | | | | | Purchases on Account | | | | |
| **Chase Slate** **Cardmember Services** **PO Box 15153** **Wilmington, DE 19886-5153** | | H | | | | | | | 3,319.24 |
| Account No. **xxxx-xxxx-xxxx-8327** | | | | | Purchases on Account | | | | |
| **Chase Slate** **Cardmember Services** **PO Box 15153** **Wilmington, DE 19886-5153** | | H | | | | | | | 563.52 |
| Account No. **xxxx-xxxx-xxxx-0746** | | | | | Purchases on Account | | | | |
| **Chase United Mileage Plus** **Cardmember Services** **PO Box 15153** **Wilmington, DE 19886-5153** | | J | | | | | | | 10,413.69 |
| Account No. | | | | | advertising advances | | | | |
| **Chicago Bulls** **1901 W. Madison Ave** **Chicago, IL 60612** | | J | | | | | | | 1,435,557.60 |

Sheet no. __7___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,450,109.82

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bernard G DiMeo,**
      **Laura DiMeo**
                                                ,
                                     Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx4136**<br><br>**Chicago Reader**<br>**PO Box 933860**<br>**Atlanta, GA 31193-3860** | X | H | DiMeo & Co. vendor | | | | 540.00 |
| Account No.<br><br>**Chicago Sun Times** | | H | advertising | X | | X | 10,000.00 |
| Account No.<br><br>**Chicago Tribune**<br>**14839 Collection Center Drive**<br>**Chicago, IL 60693** | X | H | business debt | X | | X | 85,246.28 |
| Account No. **xxxx-xxxx-xxxx-2897**<br><br>**Citi AAdvantage World**<br>**PO Box 688901**<br>**Des Moines, IA 50368-8901** | | H | Purchases on Account | | | | 3,389.12 |
| Account No. **xxxx-xxxx-xxx0-247**<br><br>**Citi Card**<br>**PO Box 6494**<br>**Sioux Falls, SD 57117-6494** | | H | Purchases on Account | | | | Unknown |

Sheet no. __8__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

99,175.40

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bernard G DiMeo,**  
      **Laura DiMeo**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-6683** | | | **Trade Debt (DiMeo & Company)** | | | | |
| **CitiBusiness Aadvantage** **PO Box 688901** **Des Moines, IA 50368-8901** | X | H | | X | | | 6,400.47 |
| Account No. | | | advertising | | | | |
| **Citizens Newspapers** **806 E 78th Street** **Chicago, IL 60619** | X | H | | X | | X | 2,325.00 |
| Account No. | | | advertising | | | | |
| **Clear Channel Outdoor** **4000 S. Morgan St.** **Chicago, IL 60609** | X | H | | X | | X | 29,100.00 |
| Account No. | | | advertising | | | | |
| **Columbia Daily Tribune** **PO Box 798** **Columbia, MO 65205-0798** | X | H | | X | | X | 2,372.00 |
| Account No. **xxxx xx xxx xxx8507** | | | business debt | | | | |
| **Comcast** **PO Box 3002** **Southeastern, PA 19398-3002** | X | J | | | | | 896.37 |

Sheet no. __9__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,093.84

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bernard G DiMeo,**
    **Laura DiMeo**
                                  ,
                      Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx3056** | | | | Utility (Electricity-DiMeo & Co) | | | | |
| **ComEd an Exelon Company PO Box 6111 Carol Stream, IL 60197-6111** | X | H | | | X | | | 333.08 |
| Account No. | | | | advertising | | | | |
| **D'NA Advertising 298 E LaSalle Street Vernon Hills, IL 60061** | X | H | | | X | | X | 810.00 |
| Account No. **xxxxxx 1212** | | | | Purchases on Account | | | | |
| **Discover Card PO Box 6103 Carol Stream, IL 60197-6103** | | J | | | | | | 7,464.79 |
| Account No. **xxxx xxxx xx65 46** | | | | credit card | | | | |
| **Discover Card PO Box 6103 Carol Stream, IL 60197-6103** | | J | | | | | | 9,145.74 |
| Account No. **xxxxxx-xx0001** | | | | Attorney Fees (DiMeo & Company) | | | | |
| **DLA Piper LLP (US) PO Box 64029 Baltimore, MD 21264-4029** | X | H | | | X | | | 13,063.00 |

Sheet no. __10__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **30,816.61**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bernard G DiMeo,**
     **Laura DiMeo**

Case No. _____

                                    ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Eric Klein Photography, Inc.** <br> **2000 West Haddon** <br> **Suite 102** <br> **Chicago, IL 60622** | | J | **business debt** | | | | **29,950.00** |
| Account No. **xxxxx7543** <br><br> **Federal Express** <br> **3875 Airways, Module H3** <br> **Dept. 4634** <br> **Memphis, TN 38116** | X | J | **Dimeo & Co** | | | | **Unknown** |
| Account No. **xxxxxx 6424** <br><br> **FIA Card Services** <br> **PO Box 15726** <br> **Wilmington, DE 19886-5726** | | H | **Purchases on Account** | | | | **16,396.00** |
| Account No. **xxxx-xxxx-xxxx-6089** <br><br> **FIA Card Services** <br> **Worldpoints** <br> **PO Box 851001** <br> **Dallas, TX 75285-1001** | | H | **Purchases on Account** | | | | **5,450.55** |
| Account No. **xxxx-xxxx-xxxx-8412** <br><br> **First Equity Card Corp** <br> **PO Box 23029** <br> **Columbus, OH 31902-3029** | X | H | **Trade Debt (DiMeo Management Group)** | X | | | **5,817.13** |

Sheet no. __11__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**57,613.68**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bernard G DiMeo,**
     **Laura DiMeo**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Focus One** | X | H | | X | | X | 1,497.00 |
| Account No. **xxxxxx5-004** <br><br>**GE Capital** <br>**PO Box 740423** <br>**Atlanta, GA 30374-0423** | X | H | Trade Debt (DiMeo & Company) | X | | | 16,082.00 |
| Account No. <br><br>**Grand Graphics, Inc.** <br>**4301 November Avenue** <br>**Henrico, VA 23231** | X | H | business debt | X | | X | 855.00 |
| Account No. <br><br>**Healthcare Service Corporation** <br>**PO Box 1186** <br>**Chicago, IL 60690-1186** | X | H | business health plan | | | | 2,421.00 |
| Account No. **xxxxxxxxxxxx9703** <br><br>**HSBC Retail Services** <br>**PO Box 17574** <br>**Baltimore, MD 21297-1574** | | H | misc. purchase | | | | 359.19 |

Sheet no. __12__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,214.19

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bernard G DiMeo,**
        **Laura DiMeo**                                                                        Case No. _____

_____,
                                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | advertising | | | | |
| Image Media Advertising, Inc. 5101 Darmstadt Road Suite A Hillside, IL 60162 | X | H | | | X | | X | 4,000.00 |
| Account No. | | | | Advertising | | | | |
| KDFI MY 27 PO Box 844865 Dallas, TX 75284-4865 | X | H | | | X | | X | 2,720.00 |
| Account No. | | | | advertising | | | | |
| KDFW Fox 4 PO Box 844824 Dallas, TX 75284-4824 | X | H | | | X | | X | 5,865.00 |
| Account No. | | | | advertising | | | | |
| KTVT PO Box 730457 Dallas, TX 75373-0457 | X | H | | | X | | X | 4,505.00 |
| Account No. xx6236 | | | | Utility (Water-DiMeo & Co) | | | | |
| Macke Water Systems PO Box 545 Wheeling, IL 60090-0545 | X | H | | | X | | | 413.86 |

Sheet no. __13__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **17,503.86**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bernard G DiMeo,**
         **Laura DiMeo**

Case No. _____

_____,
                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | advertising | | | | |
| MAD Outdoor, Inc. 15941 S Harlem Ave Suite 102 Tinley Park, IL 60477 | X | H | | | X | | X | 4,750.00 |
| Account No. | | | | business debt | | | | |
| Marina Faktorovich 2611 Flagstone Circle Naperville, IL 60564 | X | H | | | X | | X | 6,400.00 |
| Account No. xxxx9442 | | | | Trade Debt (DiMeo & Company) | | | | |
| NBC Universal Inc. 15000 SW 27th Street Miramar, FL 33027 | X | H | | | X | | | 76,900.00 |
| Account No. | | | | business debt | | | | |
| News America Marketing 20 Westport Road Wilton, CT 06897 | X | H | | | X | | | 13,897.50 |
| Account No. xxxx6.001 | | | | Trade Debt (DK Productions, Inc) | | | | |
| Ostrow Reisin Berk & Abrams, Ltd 455 North Cityfront Plaza Dr Suite 2600 Chicago, IL 60611-5379 | X | H | | | X | | | 3,000.00 |

Sheet no. __14__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

104,947.50

B6F (Official Form 6F) (12/07) - Cont.

In re **Bernard G DiMeo,**
**Laura DiMeo**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx0330** | | | Trade Debt (DiMeo & Company) | | | | |
| **Pawnee Leasing Corporation** **700 Centre Avenue** **Fort Collins, CO 80526** | X | H | | X | | | 1,510.00 |
| Account No. **x xxxx xxxx 3933** | | | Trade Debt (DiMeo & Company) | | | | |
| **Peoples Gas** **Natural Gas Delivery** **Chicago, IL 60687-0001** | X | H | | X | | | 1,197.00 |
| Account No. | | | business debt | | | | |
| **Pepe's Incorporated** **1325 West 15th Street** **Chicago, IL 60608** | X | J | | | | | 13,897.50 |
| Account No. **xxxx-xxxx-xxxx-6609** | | | Computer system. From DiMeo and Company | | | | |
| **Pitney Bowes** **P.O. 5065** **Shelton, CT 06484** | X | H | | | | | 0.00 |
| Account No. **xxx6666** | | | Trade Debt (DiMeo & Company) | | | | |
| **Pitney Bowes Global Financial Serv** **PO Box 856460** **Louisville, KY 40285-6460** | X | H | | X | | | 1,776.37 |

Sheet no. __15__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,380.87

B6F (Official Form 6F) (12/07) - Cont.

In re **Bernard G DiMeo,**
     **Laura DiMeo**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxx7-87-8** | | | | Trade Debt (DiMeo & Company) | | | | |
| **Pitney Bowes Inc** **PO Box 856390** **Louisville, KY 40285-6390** | X | H | | | X | | | 467.64 |
| Account No. **xxxx3223** | | | | Trade Debt (DiMeo & Company) | | | | |
| **Protection One Alarm Monitoring** **Attn: Bankruptcy Department** **PO Box 49292** **Wichita, KS 67201** | X | J | | | | | | 176.09 |
| Account No. | | | | businsess debt | | | | |
| **Purchase Power** **PO Box 856042** **Louisville, KY 40285-6042** | X | H | | | X | | X | 800.00 |
| Account No. | | | | business debt | | | | |
| **Quality Color Graphics** **1855 Greenleaf Avenue** **Elk Grove Village, IL 60007** | X | H | | | X | | | 14,321.00 |
| Account No. | | | | supplies | | | | |
| **Quill Corp** **PO Box 37600** **Philadelphia, PA 19101-0600** | X | H | | | X | | X | 899.39 |

Sheet no. __16__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,664.12

B6F (Official Form 6F) (12/07) - Cont.

In re **Bernard G DiMeo,**
      **Laura DiMeo**
_____,
                              Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | recovery services | | | | |
| Secured Asset Recovery Corp c/o Marc S. Lichtman, Esq. 222 N LaSalle St., Ste 200 Chicago, IL 60601 | | | J | | | | X | 3,256.00 |
| Account No. | | | | business debt | | | | |
| Seth Raab 3307 Glenhurst Ave #C Los Angeles, CA 90039 | X | H | | | X | | X | 4,320.00 |
| Account No. | | | | advertising | | | | |
| Specific Media 4 Park Plaza Suite 1900 Irvine, CA 92614 | X | | J | | X | | X | 20,587.00 |
| Account No. xxxx-xxxx-xxxx-9941 | | | | Purchases on Account | | | | |
| State Farm Bank PO Box 23025 Columbus, GA 31902-3025 | | H | | | | | | 12,874.00 |
| Account No. | | | | radio advertising | | | | |
| The Drive - 97.1 & 96.9 FM 875 North Michigan AVenue Suite 1510 Chicago, IL 60611 | | | J | | | | | 20,230.00 |

Sheet no. __17__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61,267.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bernard G DiMeo,**
      **Laura DiMeo**                                   Case No. _____

_____,
                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**The Reader**<br>**PO Box 933860**<br>**Atlanta, GA 31193-3860** | X | H | business debt | X | | X | 540.00 |
| Account No. **xxxx2422** <br><br>**Titan Outdoor, LLC**<br>**PO Box 5179**<br>**New York, NY 10087-5179** | X | H | Trade Debt (DiMeo & Company) | X | | | 50,795.00 |
| Account No. <br><br>**Top Golf USA Salt Creek LLC**<br>**c/o MItchell Weinstein**<br>**30 South Wacker Drive, Ste. 2600**<br>**Chicago, IL 60606** | | J | business debt | X | | X | Unknown |
| Account No. <br><br>**Tribune Interactive**<br>**14891 Collections Center Drive**<br>**Chicago, IL 60693-0148** | X | H | business debt | X | | X | 12,999.99 |
| Account No. **xxxx xxxx xxxx 0746** <br><br>**United Mileage Plus**<br>**P.O. 15153**<br>**Wilmington, DE 19886** | | H | credit card | | | | 10,121.73 |

Sheet no. __18__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

          Subtotal
    (Total of this page)     **74,456.72**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bernard G DiMeo,**
       **Laura DiMeo**
_____,
                        Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx5306** | | | | business debt | | | | |
| **UPS Corporate Headquarters** **55 Glenlake Parkway, NE** **Atlanta, GA 30328** | X | H | | | | | | 264.00 |
| Account No. **xx2070** | | | | Utility (Water) | | | | |
| **Village of Wilmette** **1200 Wilmette Avenue** **Wilmette, IL 60091-0040** | | H | | | | | | 197.40 |
| Account No. | | | | business debt | | | | |
| **WBBM** **22577 Network Place** **Chicago, IL 60673-1225** | X | H | | | X | | X | 6,885.00 |
| Account No. | | | | business debt | | | | |
| **WFLD** **PO Box 91427** **Chicago, IL 60693** | | J | | | | | | 104,610.00 |
| Account No. **Chicago Bulls Contract** | | | | Trade Debt (DiMeo & Company) | | | | |
| **WGN-TV (Chicago Bulls)** **a Tribune Broadcasting System** **2501 W. Bradley Place** **Chicago, IL 60618** | X | - | | | | | | 514,728.00 |

Sheet no. __19__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

626,684.40

B6F (Official Form 6F) (12/07) - Cont.

In re **Bernard G DiMeo,**
    **Laura DiMeo**

Case No. _____

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | business debt | | | | |
| **WJFK - FM** **PO Box 905621** **Charlotte, NC 28290-5621** | X | H | | X | | X | 14,982.15 |
| Account No. | | | radio/television advertising | | | | |
| **WLS** **190 N. State Street** **Chicago, IL 60601** | | J | | | | | 9,600.00 |
| Account No. | | | business debt | | | | |
| **WLUP** **1198 Reliable Parkway** **Chicago, IL 60686-0011** | X | H | | X | | X | 11,090.00 |
| Account No. | | | business debt<br>    Subject to setoff. | | | | |
| **WMAQ** **Lockbox 005071** **Collection Center Drive** **Chicago, IL 60693** | X | H | | X | | | 76,900.00 |
| Account No. | | | business debt | | | | |
| **WMVP** **12235 Collection Center Drive** **Chicago, IL 60693** | X | H | | X | | X | 26,436.00 |

Sheet no. __20__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

139,008.15

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bernard G DiMeo,**                                      Case No. _____
         **Laura DiMeo**
_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | business debt | | | | |
| **WSCR** **22603 Network Place** **Chicago, IL 60673-1226** | X | H | | | X | | X | 11,700.25 |
| Account No. | | | | advertising | | | | |
| **WSRB Radio** **6336 Calumet Ave.** **Hammond, IN 46324** | X | H | | | X | | X | 1,848.75 |
| Account No. **x5531** | | | | advertising | | | | |
| **WXRT** **22603 Network Place** **Chicago, IL 60673-7225** | X | H | | | X | | X | 9,220.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __21__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 22,769.00 |
| | Total (Report on Summary of Schedules) | 3,466,502.84 |

B6G (Official Form 6G) (12/07)

.

In re    **Bernard G DiMeo,**                                                    Case No. _____
         **Laura DiMeo**
_____ ,
                                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not
disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Alfred Muscarella**<br>**1017 W. Washington**<br>**#6E**<br>**Chicago, IL 60607** | **Apartment lease from 12/1/09 to 4/30/11 for 1017 W. Washington. Rent is $1,600/mo and security deposit is $1,600.00.** |
| **GMAC**<br>**PO Box 380901**<br>**Minneapolis, MN 55438** | **Lease of 2008 Saturn Outlook dated May 2008. 39 months at $592.89. Residual value of $23,859** |
| **M&I Dealer Finance, Inc.**<br>**PO Box 3265**<br>**Milwaukee, WI 53201-3265** | **Lease of 2007 Volvo S40. Payments are $450 per month for 36 months beginning on May 26, 2007. Residual value is $14,363.20.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **Bernard G DiMeo,**
**Laura DiMeo**                                                    Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Federal Express**<br>**3875 Airways, Module H3**<br>**Dept. 4634**<br>**Memphis, TN 38116** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **ABC 7 Chicago**<br>**WLS Television Inc.**<br>**13213 Collections Center Drive**<br>**Chicago, IL 60693** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Comcast**<br>**PO Box 3002**<br>**Southeastern, PA 19398-3002** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Capital One**<br>**PO Box 30273**<br>**Salt Lake City, UT 84130-0273** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **UPS Corporate Headquarters**<br>**55 Glenlake Parkway, NE**<br>**Atlanta, GA 30328** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Access One, Inc.**<br>**PO Box 5997**<br>**Dept 20-7021**<br>**Carol Stream, IL 60197-5997** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Healthcare Service Corporation**<br>**PO Box 1186**<br>**Chicago, IL 60690-1186** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Alphagraphics**<br>**1017 W Washington Blvd**<br>**Chicago, IL 60607** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Arbitron Inc**<br>**9705 Patuxent Woods Drive**<br>**Columbia, MD 21046-1572** |

**7**
____ continuation sheets attached to Schedule of Codebtors

Best Case Bankruptcy

In re    **Bernard G DiMeo,**                                                  Case No. _____
         **Laura DiMeo**

_____,
                              Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **AT&T**<br>**PO Box 8100**<br>**Aurora, IL 60507-8100** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Bank of America**<br>**Platinum Plus Business**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Bank of America**<br>**Platinum Plus Business**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Bank of America**<br>**Platinum Plus Business**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Bank of America**<br>**Platinum Visa Business**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Capital One**<br>**Visa Business Card**<br>**PO Box 6492**<br>**Carol Stream, IL 60197-6492** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Chicago Reader**<br>**PO Box 933860**<br>**Atlanta, GA 31193-3860** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **CitiBusiness Aadvantage**<br>**PO Box 688901**<br>**Des Moines, IA 50368-8901** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **ComEd**<br>**an Exelon Company**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **DLA Piper LLP (US)**<br>**PO Box 64029**<br>**Baltimore, MD 21264-4029** |

Sheet __1__ of __7__ continuation sheets attached to the Schedule of Codebtors

In re    **Bernard G DiMeo,**                  Case No. _____
       **Laura DiMeo**

_____ ,
Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Federal Express**<br>**3875 Airways, Module H3**<br>**Dept. 4634**<br>**Memphis, TN 38116** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **GE Capital**<br>**PO Box 740423**<br>**Atlanta, GA 30374-0423** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Macke Water Systems**<br>**PO Box 545**<br>**Wheeling, IL 60090-0545** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **NBC Universal Inc.**<br>**15000 SW 27th Street**<br>**Miramar, FL 33027** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Pawnee Leasing Corporation**<br>**700 Centre Avenue**<br>**Fort Collins, CO 80526** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Peoples Gas**<br>**Natural Gas Delivery**<br>**Chicago, IL 60687-0001** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Pitney Bowes**<br>**P.O. 5065**<br>**Shelton, CT 06484** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Pitney Bowes Global Financial Serv**<br>**PO Box 856460**<br>**Louisville, KY 40285-6460** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Pitney Bowes Inc**<br>**PO Box 856390**<br>**Louisville, KY 40285-6390** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Protection One Alarm Monitoring**<br>**Attn: Bankruptcy Department**<br>**PO Box 49292**<br>**Wichita, KS 67201** |

Sheet  **2**  of  **7**  continuation sheets attached to the Schedule of Codebtors

In re   **Bernard G DiMeo,**                Case No. _____
        **Laura DiMeo,**

_____ ,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Titan Outdoor, LLC**<br>**PO Box 5179**<br>**New York, NY 10087-5179** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **WGN-TV (Chicago Bulls)**<br>**a Tribune Broadcasting System**<br>**2501 W. Bradley Place**<br>**Chicago, IL 60618** |
| **Dimeo & Co.**<br>**159 N. Racine**<br>**Chicago, IL 60607** | **Specific Media**<br>**4 Park Plaza**<br>**Suite 1900**<br>**Irvine, CA 92614** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Clear Channel Outdoor**<br>**4000 S. Morgan St.**<br>**Chicago, IL 60609** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Quill Corp**<br>**PO Box 37600**<br>**Philadelphia, PA 19101-0600** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Grand Graphics, Inc.**<br>**4301 November Avenue**<br>**Henrico, VA 23231** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Marina Faktorovich**<br>**2611 Flagstone Circle**<br>**Naperville, IL 60564** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **News America Marketing**<br>**20 Westport Road**<br>**Wilton, CT 06897** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Purchase Power**<br>**PO Box 856042**<br>**Louisville, KY 40285-6042** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Quality Color Graphics**<br>**1855 Greenleaf Avenue**<br>**Elk Grove Village, IL 60007** |

Sheet __3__ of __7__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re    **Bernard G DiMeo,**                                              Case No. _____
         **Laura DiMeo,**

_____,
                              Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Seth Raab**<br>**3307 Glenhurst Ave**<br>**#C**<br>**Los Angeles, CA 90039** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **The Reader**<br>**PO Box 933860**<br>**Atlanta, GA 31193-3860** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Tribune Interactive**<br>**14891 Collections Center Drive**<br>**Chicago, IL 60693-0148** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **WBBM**<br>**22577 Network Place**<br>**Chicago, IL 60673-1225** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **WJFK - FM**<br>**PO Box 905621**<br>**Charlotte, NC 28290-5621** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **WLUP**<br>**1198 Reliable Parkway**<br>**Chicago, IL 60686-0011** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **WMAQ**<br>**Lockbox 005071**<br>**Collection Center Drive**<br>**Chicago, IL 60693** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **WSCR**<br>**22603 Network Place**<br>**Chicago, IL 60673-1226** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **WMVP**<br>**12235 Collection Center Drive**<br>**Chicago, IL 60693** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **WXRT**<br>**22603 Network Place**<br>**Chicago, IL 60673-7225** |

Sheet __4__ of __7__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re   **Bernard G DiMeo,**                                          Case No. _____
      **Laura DiMeo,**

_____,
                        Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **WSRB Radio**<br>**6336 Calumet Ave.**<br>**Hammond, IN 46324** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Ads Up Outdoor**<br>**1608 W. Nelson**<br>**Chicago, IL 60657** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Apex Courier, Ltd.**<br>**PO Box 617844**<br>**Chicago, IL 60661** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Bonus Building Care**<br>**1880 W. Fullerton**<br>**Bldg. A**<br>**Chicago, IL 60614** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Bosco Productions**<br>**160 E Grand Ave**<br>**6th Floor**<br>**Chicago, IL 60611** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Burrellesluce**<br>**75 E Northfield Road**<br>**Livingston, NJ 07039** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Cadillac Brothers**<br>**1740 N Maplewood**<br>**#301**<br>**Chicago, IL 60647** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Chicago Tribune**<br>**14839 Collection Center Drive**<br>**Chicago, IL 60693** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Citizens Newspapers**<br>**806 E 78th Street**<br>**Chicago, IL 60619** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Columbia Daily Tribune**<br>**PO Box 798**<br>**Columbia, MO 65205-0798** |

Sheet __5__ of __7__ continuation sheets attached to the Schedule of Codebtors

In re    **Bernard G DiMeo,**                                    Case No. _____
         **Laura DiMeo**

_____ ,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **D'NA Advertising**<br>**298 E LaSalle Street**<br>**Vernon Hills, IL 60061** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Focus One** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Image Media Advertising, Inc.**<br>**5101 Darmstadt Road**<br>**Suite A**<br>**Hillside, IL 60162** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **KDFI MY 27**<br>**PO Box 844865**<br>**Dallas, TX 75284-4865** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **KDFW Fox 4**<br>**PO Box 844824**<br>**Dallas, TX 75284-4824** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **KTVT**<br>**PO Box 730457**<br>**Dallas, TX 75373-0457** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **MAD Outdoor, Inc.**<br>**15941 S Harlem Ave**<br>**Suite 102**<br>**Tinley Park, IL 60477** |
| **DiMeo & Co.**<br>**159 N Racine Ave**<br>**2nd Floor**<br>**Chicago, IL 60607** | **Pepe's Incorporated**<br>**1325 West 15th Street**<br>**Chicago, IL 60608** |
| **DiMeo Management**<br>**1001 W Washington Blvd**<br>**Chicago, IL 60607-2102** | **Cook County Treasurer**<br>**PO Box 4468**<br>**Carol Stream, IL 60197-4468** |
| **DiMeo Management**<br>**1001 W Washington Blvd**<br>**Chicago, IL 60607-2102** | **Capital One**<br>**Visa Business Card**<br>**PO Box 6492**<br>**Carol Stream, IL 60197-6492** |
| **DiMeo Management**<br>**1001 W Washington Blvd**<br>**Chicago, IL 60607-2102** | **First Equity Card Corp**<br>**PO Box 23029**<br>**Columbus, OH 31902-3029** |

Sheet __**6**__ of __**7**__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re     **Bernard G DiMeo,**                                      Case No. _____
          **Laura DiMeo**

_____,
                            Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DiMeo Management Group, Inc.**<br>**1017 W Washington Blvd**<br>**Chicago, IL 60607-2102** | **First Commercial Bank**<br>**6945 N. Clark Street**<br>**Chicago, IL 60626** |
| **DK Productions**<br>**2008 Hollywood Ct**<br>**Wilmette, IL 60091-3126** | **Advanta Bank Corp**<br>**PO Box 8088**<br>**Philadelphia, PA 19101-8088** |
| **DK Productions**<br>**2008 Hollywood Ct**<br>**Wilmette, IL 60091-3126** | **Capital One**<br>**Visa Business Card**<br>**PO Box 6492**<br>**Carol Stream, IL 60197-6492** |
| **DK Productions**<br>**2008 Hollywood Ct**<br>**Wilmette, IL 60091-3126** | **Ostrow Reisin Berk & Abrams, Ltd**<br>**455 North Cityfront Plaza Dr**<br>**Suite 2600**<br>**Chicago, IL 60611-5379** |
| **Laura A. DiMeo**<br>**2008 Hollywood Ct**<br>**Wilmette, IL 60091** | **CitiMortgage**<br>**P.O. 183040**<br>**Columbus, OH 43218-3040** |

Sheet   __7__   of   __7__   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    **Bernard G DiMeo**
**Laura DiMeo**                                                          Case No. _____
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>Son<br>Son<br>Son | AGE(S):<br>19<br>20<br>22 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **self-employed** | |
| Name of Employer | **Dimeo Communications, Inc.** | **unemployed** |
| How long employed | **4 months** | |
| Address of Employer | **same as Debtor** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | | SPOUSE | |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **0.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| | | | | |
| 3. SUBTOTAL | $ | **0.00** | $ | **0.00** |
| | | | | |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **0.00** | $ | **0.00** |
| b. Insurance | $ | **0.00** | $ | **0.00** |
| c. Union dues | $ | **0.00** | $ | **0.00** |
| d. Other (Specify): _____ | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| | | | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **0.00** |
| | | | | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **0.00** |
| | | | | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **14,028.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance (Specify): _____ | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify): _____ | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| | | | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **14,028.00** | $ | **0.00** |
| | | | | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **14,028.00** | $ | **0.00** |
| | | | | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | **14,028.00** |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

**B6I (Official Form 6I) (12/07)**

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**Business income is based on a four month old business so there is no historical data to base what expected income will be in the future. For the first three months of operations his income was a total of $20,000, or about $6,600 per month.  One job payment in month four has skewed the results, but no such large sums are currently anticipated in the immediate future.**

B6J (Official Form 6J) (12/07)

In re    **Bernard G DiMeo**
         **Laura DiMeo**                                                    Case No. _____
_____
              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 3,792.00 |
|    a. Are real estate taxes included?        Yes ___     No **X** | |
|    b. Is property insurance included?        Yes ___     No **X** | |
| 2. Utilities:    a. Electricity and heating fuel | $ 400.00 |
|             b. Water and sewer | $ 70.00 |
|             c. Telephone | $ 100.00 |
|             d. Other  **Cable/Internet** | $ 150.00 |
| 3. Home maintenance (repairs and upkeep) | $ 200.00 |
| 4. Food | $ 850.00 |
| 5. Clothing | $ 150.00 |
| 6. Laundry and dry cleaning | $ 60.00 |
| 7. Medical and dental expenses | $ 150.00 |
| 8. Transportation (not including car payments) | $ 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| 10. Charitable contributions | $ 40.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|             a. Homeowner's or renter's | $ 100.00 |
|             b. Life | $ 1,500.00 |
|             c. Health | $ 0.00 |
|             d. Auto | $ 317.00 |
|             e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify)  **See Detailed Expense Attachment** | $ 3,400.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|             a. Auto | $ 600.00 |
|             b. Other | $ 0.00 |
|             c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other  **tuition** | $ 800.00 |
|     Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 13,179.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | |
|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a.   Average monthly income from Line 15 of Schedule I | $ 14,028.00 |
| b.   Average monthly expenses from Line 18 above | $ 13,179.00 |
| c.   Monthly net income (a. minus b.) | $ 849.00 |

**B6J (Official Form 6J) (12/07)**

In re    **Bernard G DiMeo**
         **Laura DiMeo**                                                     Case No. _____
_____
                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Specific Tax Expenditures:**

| | |
|---|---|
| state and federal income tax | $            2,500.00 |
| property tax | $              900.00 |
| **Total Tax Expenditures** | $            3,400.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Bernard G DiMeo**
       **Laura DiMeo**

                          Debtor(s)

Case No.

Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **45**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **June 14, 2010**           Signature  **/s/ Bernard G DiMeo**
                                           **Bernard G DiMeo**
                                           Debtor

Date  **June 14, 2010**           Signature  **/s/ Laura DiMeo**
                                           **Laura DiMeo**
                                           Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com           Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Bernard G DiMeo**
     **Laura DiMeo**                                  Case No.

                                         Debtor(s)                    Chapter       **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$36,207.00** | **2006: Both Self-Employment Income** |
| **$9,787.00** | **2007: Both Self-Employment Income** |
| **$16,266.00** | **2008: Dimeo & Company** |
| **$79,000.00** | **2009:  Dimeo & Company** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $113,088.00 | 2008:  business loss from Dimeo & Company - $41,264.00 |
| | capital gain  - Mexican property    $41,523.00 |
| | loss from rental real estate     - $57,950.00 |
| | loss from DK Productions     - $55,397.00 |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Eric Klein Photography, Inc. (Plaintiff) v. DiMeo & Co., Bernard DiMeo and Top Golf USA Salt Creek LLC 10 CH 07072** | | **Circuit Court of Cook County - Chancery Division Daley Center Room 2102 Chicago, IL** | **Pending** |

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **The First Commercial Bank v. Dimeo Management Group, LLC 10 CH 22162** | **foreclosure of Washington Blvd. condo** | **Circuit Court of Cook County** | filed May 24, 2010 |
| **Albany Bank and Trust Company vs. Dimeo & Co., Inc. and Bernard G. Dimeo Case No. 2010 L 050882** | **Collection suit** | **Circuit Court of Cook County** | **Filed May 28, 2010.** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **M & I Dealer Finance, Inc. PO Box 3265 Milwaukee, WI 53201-3265** | | **2007 S-40 Volvo (surrendered to creditor) $9,975.00** |

---

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None  ☑  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None  ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Springer, Brown, Covey, Gaertner & Davis**<br>**400 S. County Farm Road**<br>**Suite 330**<br>**Wheaton, IL 60187** | **2/15/10  - $2,000**<br>**6/12/10  - $2,299 from Bernie Di Meo Communications, Inc.** | |

---

**10. Other transfers**

None  ☐  a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **unknown** | **6/30/08** | **Debtors sold a condominium in Nuevo Vallarta Mexico for a gross sales price of $370,000. They had purchased it in 2006 for $338,000** |

None  ☑  b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None  ☑  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

5

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

6

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| DiMeo & Co. | | 159 North Racine Ave 2nd Floor Chicago, IL 60607 | Advertising | 1987-2010 |
| Grin & Bare It (DK Productions) | | 217 W. Huron Chicago, IL 60610 | exotic dancers | |
| Bernie Dimeo Communications, Inc. | | | advertising consulting | 3/10/10 to present |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

7

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Ostrow Reisen Berk & Abrams, Ltd.** | **2007-2010** |
| **445 Cityfront Plaza** | |
| **Suite 2600** | |
| **Chicago, IL 60611** | |
| | |
| **H.A. Gordon & Associates** | **2004-2006** |
| **2625 Butterfield Road** | |
| **Suite 129W** | |
| **Oak Brook, IL 60523** | |

None ■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20. Inventories

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21 . Current Partners, Officers, Directors and Shareholders

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22 . Former partners, officers, directors and shareholders

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

8

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **June 14, 2010**          Signature  **/s/ Bernard G DiMeo**
                                            **Bernard G DiMeo**
                                            Debtor

Date  **June 14, 2010**          Signature  **/s/ Laura DiMeo**
                                            **Laura DiMeo**
                                            Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Bernard G DiMeo**
       **Laura DiMeo**
_____
                                 Debtor(s)

Case No. _____

Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Bank of America, N.A.** | **Describe Property Securing Debt:**<br>**2008 Hollywood Ct**<br>**Wilmette, IL  60091-3126** |

Property will be (check one):
    ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                  ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 2

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**First Commercial Bank** | **Describe Property Securing Debt:**<br>**1017 Washington Blvd**<br>**Chicago, IL  60607 (Condo plus one parking space -**<br>**separately deeded)**<br>**Title is held in Dimeo Management Group, Inc., which is**<br>**100% owned by Debtor** |

Property will be (check one):
&#9632; Surrendered                 &#9633; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9633; Claimed as Exempt                 &#9632; Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**GMAC** | **Describe Leased Property:**<br>**Lease of 2008 Saturn Outlook dated May**<br>**2008. 39 months at $592.89. Residual**<br>**value of $23,859** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>&#9632; YES          &#9633; NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>**M&I Dealer Finance, Inc.** | **Describe Leased Property:**<br>**Lease of 2007 Volvo S40. Payments are**<br>**$450 per month for 36 months**<br>**beginning on May 26, 2007. Residual**<br>**value is $14,363.20.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>&#9632; YES          &#9633; NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **June 14, 2010** _____          Signature    **/s/ Bernard G DiMeo** _____
                                                              **Bernard G DiMeo**
                                                              Debtor

Date  **June 14, 2010** _____          Signature    **/s/ Laura DiMeo** _____
                                                              **Laura DiMeo**
                                                              Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Bernard G DiMeo**
**Laura DiMeo**

Debtor(s)

Case No.

Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2.  $ **0.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **June 14, 2010**

**/s/ David R. Brown**
**David R. Brown 3122323**
**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**
**630-510-0000  Fax: 630-510-0004**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Bernard G DiMeo**
**Laura DiMeo**                  Case No. _____

                                  Debtor(s)          Chapter    **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Bernard G DiMeo**
**Laura DiMeo** _____     X   **/s/ Bernard G DiMeo**          **June 14, 2010**
Printed Name(s) of Debtor(s)                              Signature of Debtor                     Date

Case No. (if known) _____     X   **/s/ Laura DiMeo**                **June 14, 2010**
                                             Signature of Joint Debtor (if any)        Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Bernard G DiMeo**
　　　 **Laura DiMeo**

Case No.

Chapter   **7**

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                                     **207**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **June 14, 2010**                               **/s/ Bernard G DiMeo**
　　　　　　　　　　　　　　　　　 **Bernard G DiMeo**
　　　　　　　　　　　　　　　　　 Signature of Debtor

Date:  **June 14, 2010**                               **/s/ Laura DiMeo**
　　　　　　　　　　　　　　　　　 **Laura DiMeo**
　　　　　　　　　　　　　　　　　 Signature of Debtor

ABC 7 Chicago
WLS Television Inc.
13213 Collections Center Drive
Chicago, IL 60693


Access One, Inc.
PO Box 5997
Dept 20-7021
Carol Stream, IL 60197-5997


Acorn Loftominium Condo Assoc
c/o Sudler - 41
1017 West Washington
Chicago, IL 60607


Acorn Loftominiums
1017 W. Washington
Chicago, IL 60607


Ads Up Outdoor
1608 W. Nelson
Chicago, IL 60657


Advanta Bank Corp
PO Box 8088
Philadelphia, PA 19101-8088


Advanta Bank Corp.
Attention: Collection Services
700 Dresher Road
Horsham, PA 19044


Albany Bank & Trust
3400 W. Lawrence Ave.
Chicago, IL 60625


Albany Bank & Trust
3400 W. Lawrence Ave.
Chicago, IL 60625


Albany Bank & Trust
3400 W. Lawrence Ave.
Chicago, IL 60625

Alfred Muscarella
1017 W. Washington
#6E
Chicago, IL 60607


Alphagraphics
1017 W Washington Blvd
Chicago, IL 60607


American Express
Box 0001
Los Angeles, CA 90096-8000


Apex Courier, Ltd.
PO Box 617844
Chicago, IL 60661


Arbitron Inc
9705 Patuxent Woods Drive
Columbia, MD 21046-1572


Arnstein & Lehr LLP
Mark L Littlefield
120 S Riverside Plaza, Suite 1200
Chicago, IL 60606-3910


AT & T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463


AT&T
PO Box 8100
Aurora, IL 60507-8100


Bank of America
PO Box 851001
Dallas, TX 75285-1001


Bank of America
Platinum Plus Business
PO Box 15710
Wilmington, DE 19886-5710

Bank of America
Platinum Plus Business
PO Box 15710
Wilmington, DE 19886-5710


Bank of America
Platinum Plus Business
PO Box 15710
Wilmington, DE 19886-5710


Bank of America
Platinum Visa Business
PO Box 15710
Wilmington, DE 19886-5710


Bank of America
PO Box 15646
Wilmington, DE 19850-5646


Bank of America
Platinum Plus Business
PO Box 15710
Wilmington, DE 19886-5710


Bank of America, N.A.
PO Box 21848
Greensboro, NC 27420-1848


Bernard W. Moltz
77 West Washington
Suite 2110
Chicago, IL 60602


Bonus Building Care
1880 W. Fullerton
Bldg. A
Chicago, IL 60614


Bosco Productions
160 E Grand Ave
6th Floor
Chicago, IL 60611


Burrellesluce
75 E Northfield Road
Livingston, NJ 07039

Cadillac Brothers
1740 N Maplewood
#301
Chicago, IL 60647


Capital One
Mastercard Platinum
PO Box 6492
Carol Stream, IL 60197-6492


Capital One
Visa Business Card
PO Box 6492
Carol Stream, IL 60197-6492


Capital One
Visa Business Card
PO Box 6492
Carol Stream, IL 60197-6492


Capital One
Visa Business Card
PO Box 6492
Carol Stream, IL 60197-6492


Capital One
PO Box 30273
Salt Lake City, UT 84130-0273


CBS Outdoor


Chase
Cardmember Services
PO Box 15153
Wilmington, DE 19886-5153


Chase
Cardmember Services
PO Box 15153
Wilmington, DE 19886-5153


Chase
P.O. Box 15651
Wilmington, DE 19886-5651

Chase Amazon.com
Cardmember Services
PO Box 15153
Wilmington, DE 19886-5153


Chase Slate
Cardmember Services
PO Box 15153
Wilmington, DE 19886-5153


Chase Slate
Cardmember Services
PO Box 15153
Wilmington, DE 19886-5153


Chase United Mileage Plus
Cardmember Services
PO Box 15153
Wilmington, DE 19886-5153


Cheifetz Iannitelli Marcolini, PC
111 West Monroe Street
17th Floor
Phoenix, AZ 85003


Chicago Bulls
1901 W. Madison Ave
Chicago, IL 60612


Chicago Reader
PO Box 933860
Atlanta, GA 31193-3860


Chicago Sun Times


Chicago Tribune
14839 Collection Center Drive
Chicago, IL 60693


Citi AAdvantage World
PO Box 688901
Des Moines, IA 50368-8901

Citi Card
PO Box 6494
Sioux Falls, SD 57117-6494


CitiBusiness Aadvantage
PO Box 688901
Des Moines, IA 50368-8901


CitiMortgage
P.O. 183040
Columbus, OH 43218-3040


Citizens Newspapers
806 E 78th Street
Chicago, IL 60619


Clear Channel Outdoor
4000 S. Morgan St.
Chicago, IL 60609


Columbia Daily Tribune
PO Box 798
Columbia, MO 65205-0798


Comcast
PO Box 3002
Southeastern, PA 19398-3002


ComEd
an Exelon Company
PO Box 6111
Carol Stream, IL 60197-6111


Cook County Treasurer
PO Box 4468
Carol Stream, IL 60197-4468


Cook County Treasurer
PO Box 4468
Carol Stream, IL 60197-4468


D'NA Advertising
298 E LaSalle Street
Vernon Hills, IL 60061

```
DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607
```

```
DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607
```

DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607

```
DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


Dimeo & Co.
159 N. Racine
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607
```

```
DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607
```

```
DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607
```

```
DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607
```

```
DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo & Co.
159 N Racine Ave
2nd Floor
Chicago, IL 60607


DiMeo Management
1001 W Washington Blvd
Chicago, IL 60607-2102


DiMeo Management
1001 W Washington Blvd
Chicago, IL 60607-2102


DiMeo Management
1001 W Washington Blvd
Chicago, IL 60607-2102


DiMeo Management Group, Inc.
1017 W Washington Blvd
Chicago, IL 60607-2102


Discover Card
PO Box 6103
Carol Stream, IL 60197-6103


Discover Card
PO Box 6103
Carol Stream, IL 60197-6103
```

DK Productions
2008 Hollywood Ct
Wilmette, IL 60091-3126


DK Productions
2008 Hollywood Ct
Wilmette, IL 60091-3126


DK Productions
2008 Hollywood Ct
Wilmette, IL 60091-3126


DLA Piper LLP (US)
PO Box 64029
Baltimore, MD 21264-4029


Eric Klein Photography, Inc.
2000 West Haddon
Suite 102
Chicago, IL 60622


Federal Express
3875 Airways, Module H3
Dept. 4634
Memphis, TN 38116


FIA Card Services
PO Box 15726
Wilmington, DE 19886-5726


FIA Card Services
Worldpoints
PO Box 851001
Dallas, TX 75285-1001


Fields Volvo
250 Skokie Valley Road
Highland Park, IL 60035


First Commercial Bank
6945 N. Clark Street
Chicago, IL 60626

First Equity Card Corp
PO Box 23029
Columbus, OH 31902-3029


Focus One


G M A C
PO Box 51014
Carol Stream, IL 60125-1014


GC IV, LLC/Bankcard Services
PO Box 4477
Beaverton, OR 97076-4477


GE Capital
PO Box 740423
Atlanta, GA 30374-0423


GMAC
PO Box 380901
Minneapolis, MN 55438


Grand Graphics, Inc.
4301 November Avenue
Henrico, VA 23231


Healthcare Service Corporation
PO Box 1186
Chicago, IL 60690-1186


HSBC Retail Services
PO Box 17574
Baltimore, MD 21297-1574


Image Media Advertising, Inc.
5101 Darmstadt Road
Suite A
Hillside, IL 60162


Jeffrey W. Finke
55 West Wacker Drive
Suite 1400
Chicago, IL 60601

Jeffrey W. Finke
55 West Wacker Drive
Suite 1400
Chicago, IL 60601


Jonathan S. Fled
Katten Muchin Rosenman LLP
525 W. Monroes Street
Chicago, IL 60661


Katten Muchin Rosenman LLP
525 W. Monroe St.
Attn: Jonathan S. Feld
Chicago, IL 60661-3693


KDFI MY 27
PO Box 844865
Dallas, TX 75284-4865


KDFW Fox 4
PO Box 844824
Dallas, TX 75284-4824


KTVT
PO Box 730457
Dallas, TX 75373-0457


Laura A. DiMeo
2008 Hollywood Ct
Wilmette, IL 60091


M & I Dealer Finance, Inc.
PO Box 3265
Milwaukee, WI 53201-3265


M&I Dealer Finance, Inc.
PO Box 3265
Milwaukee, WI 53201-3265


Macke Water Systems
PO Box 545
Wheeling, IL 60090-0545

MAD Outdoor, Inc.
15941 S Harlem Ave
Suite 102
Tinley Park, IL 60477


Marina Faktorovich
2611 Flagstone Circle
Naperville, IL 60564


Martin & Karcazes, Ltd.
161 N. Clark Street
Suite 550
Chicago, IL 60601-3376


NBC Universal Inc.
15000 SW 27th Street
Miramar, FL 33027


News America Marketing
20 Westport Road
Wilton, CT 06897


Ostrow Reisin Berk & Abrams, Ltd
455 North Cityfront Plaza Dr
Suite 2600
Chicago, IL 60611-5379


Pawnee Leasing Corporation
700 Centre Avenue
Fort Collins, CO 80526


Peoples Gas
Natural Gas Delivery
Chicago, IL 60687-0001


Pepe's Incorporated
1325 West 15th Street
Chicago, IL 60608


Pitney Bowes
P.O. 5065
Shelton, CT 06484

Pitney Bowes Global Financial Serv
PO Box 856460
Louisville, KY 40285-6460

Pitney Bowes Inc
PO Box 856390
Louisville, KY 40285-6390

Protection One Alarm Monitoring
Attn: Bankruptcy Department
PO Box 49292
Wichita, KS 67201

Purchase Power
PO Box 856042
Louisville, KY 40285-6042

Quality Color Graphics
1855 Greenleaf Avenue
Elk Grove Village, IL 60007

Quill Corp
PO Box 37600
Philadelphia, PA 19101-0600

RMS
1250 E. Diehl Rd.
Suite 300
Naperville, IL 60563

Secured Asset Recovery Corp
c/o Marc S. Lichtman, Esq.
222 N LaSalle St., Ste 200
Chicago, IL 60601

Seth Raab
3307 Glenhurst Ave
#C
Los Angeles, CA 90039

Specific Media
4 Park Plaza
Suite 1900
Irvine, CA 92614

State Farm Bank
PO Box 23025
Columbus, GA 31902-3025


State Farm Bank
PO Box 2326
Bloomington, IL 61702-2326


The Drive - 97.1 & 96.9 FM
875 North Michigan AVenue
Suite 1510
Chicago, IL 60611


The Reader
PO Box 933860
Atlanta, GA 31193-3860


Titan Outdoor, LLC
PO Box 5179
New York, NY 10087-5179


Top Golf USA Salt Creek LLC
c/o MItchell Weinstein
30 South Wacker Drive, Ste. 2600
Chicago, IL 60606


Tribune Interactive
14891 Collections Center Drive
Chicago, IL 60693-0148


United Mileage Plus
P.O. 15153
Wilmington, DE 19886


UPS Corporate Headquarters
55 Glenlake Parkway, NE
Atlanta, GA 30328


Village of Wilmette
1200 Wilmette Avenue
Wilmette, IL 60091-0040


WBBM
22577 Network Place
Chicago, IL 60673-1225

```
WFLD
PO Box 91427
Chicago, IL 60693


WGN - TV
PO Box 98473
Chicago, IL 60693


WGN-TV (Chicago Bulls)
a Tribune Broadcasting System
2501 W. Bradley Place
Chicago, IL 60618


WJFK - FM
PO Box 905621
Charlotte, NC 28290-5621


WLS
190 N. State Street
Chicago, IL 60601


WLUP
1198 Reliable Parkway
Chicago, IL 60686-0011


WMAQ
Lockbox 005071
Collection Center Drive
Chicago, IL 60693


WMVP
12235 Collection Center Drive
Chicago, IL 60693


WSCR
22603 Network Place
Chicago, IL 60673-1226


WSRB Radio
6336 Calumet Ave.
Hammond, IN 46324


WXRT
22603 Network Place
Chicago, IL 60673-7225
```